■ ROBERT FINKELSTEIN, Appellant, v. FOOD FOR JUNIORS, INC., Respondent.— In a negligence action to recover damages for personal injuries, in which the court had vacated a preference in trial theretofore granted to plaintiff pursuant to rule 9 of the Kings County Supreme Court Rules, plaintiff appeals from an order of the Supreme Court, Kings County, dated October 5, 1961, which denied his motion for reconsideration and for the reinstatement of said preference. Order affirmed, without costs. No opinion. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ SARAH FURMAN et al., Respondents, v. LIZZIE BUZEN, Appellant.— In a negligence action to recover damages for personal injuries, medical expenses and loss of services, arising out of a fall on a cellar stairs in defendant's building, the defendant appeals from a judgment of the Supreme Court, Kings County, entered October 9, 1961 after trial, upon a jury's verdict in favor of the plaintiffs. Judgment affirmed, with costs. No opinion. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Hopkins, JJ., concur.

■ REUBEN HOFFMAN, Appellant, v. JAMES A. MULLIN, Respondent.— In an action to recover damages for personal injuries sustained by plaintiff as a result of defendant's negligent operation of a motor vehicle, the plaintiff appeals from so much of an order of the Supreme Court, Nassau County, dated February 23, 1962, as granted defendant's motion to examine him before trial. Order, insofar as appealed from, affirmed, with $10 costs and disbursements; the examination to proceed on 10 days' written notice or on any other date mutually fixed by the parties. No opinion. Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.